ORIGINAL

B3B (Official Form 3B) (12/07) - Cont.

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                    Case No. 8:10-bk-27284ES

Mastrocola, Nicholas John                                                                 Chapter 7
                        Debtor(s)

## APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
## FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS

**Part A. Family Size and Income**

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtor(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition.)            1

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.
   Total Combined Monthly Income (Line 16 of Schedule I):                                $        944

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.
                                                                                         $       0.00

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.
                                                                                         $     944.00

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓
   If yes, explain.

**Part B. Monthly Expenses**

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.
                                                                                         $    1,709.00

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓
   If yes, explain.

**Part C. Real and Personal Property**

EITHER (1) attach completed copies of Schedules A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand:                                             $ _____

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.
   Bank or Other Financial Institution:              Type of Account such as savings, checking, CD:          Amount:
   _____                   _____                         $ _____
   _____                   _____                         $ _____
   _____                   _____                         $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B3B (Official Form 3B) (12/07) - Cont.

10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| Home | Address: _____ _____ | Value: $ _____ Amount owed on mortgages and liens: $ _____ |
| Other real estate | Address: _____ _____ | Value: $ _____ Amount owed on mortgages and liens: $ _____ |
| Motor vehicle | Model/Year: _____ _____ | Value: $ _____ Amount Owed: $ _____ |
| Motor vehicle | Model/Year: _____ _____ | Value: $ _____ Amount Owed: $ _____ |
| Other | Description: _____ _____ | Value: $ _____ Amount Owed: $ _____ |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

Name of Person, Business, or Organization that Owes You Money                Amount Owed

_____    $ _____
_____    $ _____
_____    $ _____

**Part D. Additional Information**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ____ No ✓
    If yes, how much have you paid? $ _____

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case? Yes ✓ No ____
    If yes, how much have you promised to pay or do you anticipate paying? $ ____**1,199.00**

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ____ No ✓
    If yes, how much have you paid? $ _____

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ____ No ✓
    If yes, how much have you promised to pay or do you anticipate paying? $ _____

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf? Yes ____ No ✓
    If yes, explain.

© 1983-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B3B (Official Form 3B) (12/07) - Cont.

17. Have you previously filed for bankruptcy relief during the past eight years? Yes ____ No ✓

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) |
|---|---|---|---|
| _____ | _____ | _____ | Yes ___ No ___ Don't know ___ |
| _____ | _____ | _____ | Yes ___ No ___ Don't know ___ |
| _____ | _____ | _____ | Yes ___ No ___ Don't know ___ |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Executed on: December 7TH, 2010        /s/ Nicholas John Mastrocola
             Date

_____        _____
Date                                Signature of Codebtor

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.
A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

IN RE **Mastrocola, Nicholas John** _____ Case No. _____
                         Debtor(s)                                       (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Acreage in Hawaii** | | | 100,000.00 | 161,146.00 |
| | | | **TOTAL** 100,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Mastrocola, Nicholas John** _____ Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Furnishings | | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mastrocola, Nicholas John** _____   Case No. _____
                    Debtor(s)                                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1969 Ford Mustang Not Working<br>1997 Ford Mustang | | 1,500.00<br>2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Mastrocola, Nicholas John** _____ Case No. _____
                                           Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 4,800.00 |

___0___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6I (Official Form 6I) (12/07)

IN RE **Mastrocola, Nicholas John** _____ Case No. _____
                                         Debtor(s)                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)         DEBTOR         SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ _____  $ _____
2. Estimated monthly overtime   $ _____  $ _____
3. **SUBTOTAL**   $ 0.00  $ _____
4. **LESS PAYROLL DEDUCTIONS**
   a. Payroll taxes and Social Security   $ _____  $ _____
   b. Insurance   $ _____  $ _____
   c. Union dues   $ _____  $ _____
   d. Other (specify) _____   $ _____  $ _____
   _____   $ _____  $ _____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**   $ 0.00  $ _____
6. **TOTAL NET MONTHLY TAKE HOME PAY**   $ 0.00  $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement)  $ _____  $ _____
8. Income from real property   $ _____  $ _____
9. Interest and dividends   $ _____  $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   $ _____  $ _____
11. Social Security or other government assistance
   (Specify) _____   $ _____  $ _____
   _____   $ _____  $ _____
12. Pension or retirement income   $ _____  $ _____
13. Other monthly income
   (Specify) **Unemployment** _____   $ 944.00  $ _____
   _____   $ _____  $ _____
   _____   $ _____  $ _____

14. **SUBTOTAL OF LINES 7 THROUGH 13**   $ 944.00  $ _____
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)   $ 944.00  $ _____

16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)   $ 944.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

B6J (Official Form 6J) (12/07)

IN RE **Mastrocola, Nicholas John** _____ Case No. _____
                                        Debtor(s)                                                            (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)      $ **600.00**
    a. Are real estate taxes included?   Yes ___   No ✓
    b. Is property insurance included?   Yes ___   No ✓
2. Utilities:
    a. Electricity and heating fuel      $ **200.00**
    b. Water and sewer      $ **40.00**
    c. Telephone      $ **120.00**
    d. Other **Cable Internet**      $ **89.00**
         $ _____
3. Home maintenance (repairs and upkeep)      $ **20.00**
4. Food      $ **200.00**
5. Clothing      $ **40.00**
6. Laundry and dry cleaning      $ **30.00**
7. Medical and dental expenses      $ _____
8. Transportation (not including car payments)      $ **200.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.      $ **60.00**
10. Charitable contributions      $ **50.00**
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's      $ _____
    b. Life      $ _____
    c. Health      $ _____
    d. Auto      $ **60.00**
    e. Other _____      $ _____
         $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____      $ _____
         $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto      $ _____
    b. Other _____      $ _____
         $ _____
14. Alimony, maintenance, and support paid to others      $ _____
15. Payments for support of additional dependents not living at your home      $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)      $ _____
17. Other _____      $ _____
         $ _____
         $ _____

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      | $ **1,709.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

20. **STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I      $ **944.00**
    b. Average monthly expenses from Line 18 above      $ **1,709.00**
    c. Monthly net income (a. minus b.)      $ **-765.00**