CHARLES W. DAFF, BAR NO. 76178
2009 N. BROADWAY
SANTA ANA, CA 92706
Telephone: (714) 541-0301
Facsimile: (714)569-0515
Email: charlesdaff@yahoo.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NICHOLAS JOHN MASTROCOLA<br><br>Debtor. | Case No. 8:10-27284 ES<br>Chapter 7<br><br>CHAPTER 7 TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS<br><br>DATE: March 8, 2011<br>TIME: 10:30 AM<br>CTRM: 5A |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that the Chapter 7 Trustee, Charles W. Daff, for the bankruptcy estate of Nicholas Mastrocola, hereby objects to the debtor's claimed exemptions pursuant to Bankruptcy Code section 522.

As grounds for objection, the trustee states as follows:

1. In the debtors amended schedule C filed January 26, 2011 the debtor used the CCP 704.730(a)(1)to claim the real property at 2885 Sherman Avenue, Hood River Oregon exempt in the amount of $51, 339.00(Exhibit A).

2. CCP 704.730 (a)(1) allows a homestead exemption of "Seventy-five thousand dollars ($75,000) unless the judgment

debtor or spouse of the judgement debtor who resides in the homestead is a person described in paragraph (2) or (3)".

3. For bankruptcy purposes, the automatic homestead exemption can only be claimed by a debtor who resides (or is related to one who resides) in the homestead property at the time of the filing of the bankruptcy petition. In re Kelly, 300 B.R. 11, 21 (B.A.P. 9th Cir 2003) and In re Dodge, 138 B.R. 602, 606 (Bankr. E.D. Cal. 1992).

4. At the 341a hearing held on January 19, 2011, the debtor's testified that the Oregon property was a rental property.

5. Page 1 of the debtor's bankruptcy petition (Exhibit B) lists his street address as 3096 Roanoke Lane, Costa Mesa, CA.

**WHEREFORE**, the chapter 7 trustee requests that the court enter an order determining that the 2885 Sherman Avenue, Hood River Oregon property does not meet the automatic homestead exemption requirements of 704.730; that the debtors claim of exemption in that property be disallowed; and for other relief that is proper.

Dated: January 28, 2011

CHARLES W. DAFF
Chapter 7 Trustee

**POINTS AND AUTHORITIES**

California CCP § 704.730(a)(1) provides:

> Seventy-five thousand dollars ($75,000) unless the judgment debtor or spouse of the judgement debtor who resides in the homestead is a person described in paragraph (2) or (3).

In re Kelly, 300 B.R. 11, 21 (B.A.P. 9th Cir, 2003) provides in pertinent part:

In re Dodge, 138 B.R. 602, 606 (Bankr. E.D. Cal. 1992) provides in pertinent part:

**POINTS AND AUTHORITIES**

California CCP § 704.730(a)(1) provides:

> Seventy-five thousand dollars ($75,000) unless the judgment debtor or spouse of the judgement debtor who resides in the homestead is a person described in paragraph (2) or (3).

In re Kelly, 300 B.R. 11, 21 (B.A.P. 9th Cir, 2003) provides in pertinent part:

> As noted in Anderson, the automatic homestead exemption can only be claimed by a debtor who resides (or who is related to one who resides) in the homestead property at the time of a forced judicial sale of the dwelling. See Cal.Civ.Proc.Code Section 704.710(a), (b), (c), 704.720, 704.730, 704.740. Here, the involuntary or forced sale requirement of the automatic homestead exemption was satisfied with the filing of the bankruptcy petition

In re Dodge, 138 B.R. 602, 606 (Bankr. E.D. Cal. 1992) provides in pertinent part:

> What this means in the context of a bankruptcy proceeding, where the filing of the petition is tantamount to a levy on the debtor's property, is that the debtor or the debtor's spouse must reside in the dwelling when the petition is filed to be entitled to a homestead exemption whether the homestead is claimed under either Article 4 or Article 5.

**DECLARATION OF CHARLES W. DAFF**

I, Charles W. Daff, declare:

1. I am the Chapter 7 Trustee in this case. The facts contained herein are within my personal knowledge and if called as a witness I could and would competently testify to the same. This declaration is made in support of my objection to claims described herein.

2. On or about January 27, 2011, I reviewed the Amended Schedule C "Property Claimed as Exempt" which was filed on January 26, 2011 in this case.

3. A review of this schedule showed that the debtor used CCP 704.730(a)(1) to claim $51,339.00 exempt in the real property known has 2885 Sherman Avenue Hood River Oregon.

4. At the 341a hearing scheduled for January 19, 2011, I examined this debtor who stated that he had failed to list the Oregon property in his schedules and would be filing an amendment to reflect this property.

5. At the January 19, 2011 341a hearing the debtor also stated that he was collecting rent on the Oregon property.

6. It is my request that the court enter an order pursuant to the pleadings as stated herein.

I declare under the penalty of perjury that the foregoing is true and correct as executed January 28, 2011, at Santa Ana, California.

CHARLES W. DAFF

Main Document Page 6 of 10

# EXHIBIT A

EXHIBIT A

IN RE Mastrocola, Nicholas John Case No. ______
Debtor(s) (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| SCHEDULE A - REAL PROPERTY | | | |
| Home: 2885 Sherman Ave. | CCCP § 704.730(a)(1) | 51,339.00 | 250,000.00 |
| SCHEDULE B - PERSONAL PROPERTY | | | |
| Cash | CCCP § 704.080 | 200.00 | 200.00 |
| Checking | CCCP § 704.080 | 200.00 | 200.00 |
| Furnishings | CCCP § 704.020 | 800.00 | 800.00 |
| Clothing | CCCP § 704.020 | 100.00 | 100.00 |
| 1969 Ford Mustang Not Working | CCCP § 704.010 | 1,500.00 | 1,500.00 |
| 1997 Ford Mustang | CCCP § 704.010 | 2,000.00 | 2,000.00 |

** Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT B

B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Mastrocola, Nicholas John** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Nick Mastrocola** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4664** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **3096 Roanoke Lane, Costa Mesa, CA** ZIPCODE **92626** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) **617 Rhine Lane, Costa Mesa, CA** ZIPCODE **92626** | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED

DEC - 7 2010

CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| In re NICHOLAS JOHN MASTROCOLA Debtor(s). | CHAPTER 7<br>CASE NO.: 8:10-27284-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2009 N. Broadway, Santa Ana, CA 92706

The foregoing document described **CHAPTER 7 TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 28, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Charles W Daff (TR) cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Carl A Lux , atty_kelly@trustesolutions.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On January 28, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Nicholas John Mastrocola, 617 Rhine Lane, Costa Mesa, Ca 92626

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on January 28, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 28, 2011 | April Hannum | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*