CHARLES W. DAFF, BAR NO. 76178
2900 N. BROADWAY
SANTA ANA, CA 92706
Telephone: (714)541-0301
Facsimile: (714)569-0515
Email: charlesdaff@yahoo.com

Chapter 7 Trustee

FILED & ENTERED

MAR 30 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

    NICHOLAS JOHN MASTROCOLA

              Debtor.

) Bankruptcy No: 8:10-27284 ES
) Chapter 7
)
) ORDER ON TRUSTEE'S MOTION
) OBJECTING TO DEBTOR'S CLAIMED
) EXEMPTION
)
)
) DATE: March 8, 2011
) TIME: 10:30 a.m.
) CTRM: 5A

    The Trustee's Motion Objecting to Debtor's Claimed Exemption came on regularly for hearing on March 8, 2011. Appearances were made as noted in the Court's minutes. The Court, having considered the matter, and good cause appearing therefore,

    IT IS ORDERED that Trustee's Motion Objecting to Debtor's Claimed Exemption is approved; and

//
//
//

1  IT IS FURTHER ORDERED that the Debtor's claim to exemption
2  in the 2885 Sherman Avenue, Hood River Oregon property is
3  disallowed in its entirety.

4  ###

25  DATED: March 30, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2009 N. Broadway, Santa Ana, CA  92706

A true and correct copy of the foregoing document described <u>ORDER ON TRUSTEE'S MOTION OBJECTING TO DEBTOR'S CLAIMED EXEMPTION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 8, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>March 8, 2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

United States Trustee Office, 411 W. Fourth St., Suite 9041, Santa Ana, CA  92701
Debtor: Nicholas John Mastrocola, 617 Rhine Lane, Costa Mesa, Ca  92626
Debtor Attorney: Carl A Lux, Law Office Of Carl Lux, 2135 Santa Anita Ave, Altadena, Ca  91001

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>October 27, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Santa Ana, Ca  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2011 | April Hannum | /s/ April Hannum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 9013-3.1**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ORDER ON TRUSTEE'S MOTION OBJECTING TO DEBTOR'S CLAIMED EXEMPTION  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   March 8, 2011   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Charles W Daff (TR)    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Carl A Lux    , atty_kelly@trustesolutions.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Nicholas John Mastrocola, 617 Rhine Lane, Costa Mesa, Ca  92626

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**