

## DISCLOSED LIMITED AGENCY AGREEMENT FOR SELLERS

1  Property Address **2885 Sherman Avenue, Hood River, OR   97031**
2  Addendum to Listing Agreement Dated _____ Real Estate Firm **Gorge Property Real Estate Team**
3  The Parties to this Disclosed Limited Agency Agreement are:
4  Listing Agent (print) **Denise McCravey**
5  Listing Agent's Principal Broker (print) **Denise McCravey**
6  Seller (print) **Charles W. Daff, Trustee**    Seller (print) _____
7  The parties to this Agreement understand that Oregon law allows a single real estate agent to act as a disclosed limited agent to represent both the
8  seller and the buyer in the same real estate transaction, or multiple buyers who want to purchase the same property. It is also understood that
9  when different agents associated with the same principal broker (the broker who directly supervises the other agents) establish agency
10  relationships with the buyer and seller in a real estate transaction, the agents' principal broker shall be the only broker acting as a disclosed limited
11  agent representing both seller and buyer. The other agents shall continue to represent only the party with whom they have an established agency
12  relationship, unless all parties agree otherwise in writing.
13  In consideration of the above understanding, and the mutual promises and benefits exchanged here and in the Listing Agreement, the parties now
14  agree as follows:
15  1. Seller(s) acknowledge they have received the Oregon Real Estate Agency Disclosure Pamphlet required by ORS 696.820 and have read and
16  discussed with the Listing Agent that part of the pamphlet entitled "Duties and Responsibilities of an Agent Who Represents More than One Client
17  to a Transaction." The Oregon Real Estate Agency Disclosure Pamphlet is hereby incorporated into this Disclosed Limited Agency Agreement by
18  reference.
19  2. Seller(s), having discussed with the Listing Agent the duties and responsibilities of an agent who represents more than one party to a
20  transaction, consent and agree as follows:
21      (A) The Listing Agent and the Listing Agent's Principal Broker, in addition to representing Seller, may represent one or more buyers in a
22      transaction involving the listed property;
23      (B) In a transaction involving the listed property where the buyer is represented by an agent who works in the same real estate business
24      as the Listing Agent and who is supervised by the Listing Agent's Principal Broker, the Principal Broker may represent both Seller and
25      Buyer. In such a situation, the Listing Agent will continue to represent only the Seller and the other agent will represent only the Buyer,
26      consistent with the applicable duties and responsibilities as set out in the Oregon Real Estate Agency Disclosure Pamphlet; and
27      (C) In all other cases, the Listing Agent and the Listing Agent's Principal Broker shall represent Seller exclusively.
28  Seller Signature ___*(signed)* TRUSTEE___ Date **5/25/11**, _____ a.m. **12** p.m.
29  Seller Signature _____ Date _____, _____ a.m. ___ p.m.
30  Listing Agent Signature ___*Denise McCravey*___ Date **5/27/11**, _____ a.m. **2** p.m.
    (On their own and on the Principal Broker's behalf)
    **Denise McCravey**

This form has been licensed for use by Denise McCravey solely in accordance with the Terms of Service per Oregon Real Estate Forms, LLC

LINES WITH THIS SYMBOL ← REQUIRE A SIGNATURE OF BUYER AND/OR SELLER AND DATE
© Oregon Real Estate Forms, LLC   Rev 07/02
May not be reproduced without express permission of Oregon Real Estate Forms, LLC

Principal Broker's Initials **DM**
Date **5/27/11**

OREF 040

Produced with zipForm by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

RMLS™ OREGON LISTING CONTRACT FORM

Page 1 of 2
RMLS 12/2008

PROPERTY ADDRESS: 2885 SHERMAN AVE     CITY, STATE  Hood River, OR

1. **Exclusive Right to Sell.** In consideration for the services to be rendered by the undersigned PRINCIPAL BROKER, the undersigned SELLER hereby grants to PRINCIPAL BROKER the exclusive right to sell the property located at the address set forth above and more particularly described on the RMLS™ Listing Data Input Form hereto attached (the "Property").

2. **Term.** This Agreement is effective when signed, and shall terminate at 11:59 p.m. on November 30, 2011. Date marketing to begin, including input into RMLS™, is Upon Court Approval. SELLER further allows PRINCIPAL BROKER a reasonable time after termination of this Agreement to close any transaction on which earnest money is then deposited. No extension or renewal of this Agreement shall be effective unless it is in writing signed by SELLER and PRINCIPAL BROKER.

3. **Right to Compensation.** In consideration for the services herein described, SELLER shall pay PRINCIPAL BROKER the brokerage fee set forth in Section 15 below if SELLER sells or agrees to sell the Property during the term of this Agreement or any extension or renewal hereof, or if PRINCIPAL BROKER or any cooperating broker, including, but not limited to, a buyer's broker: (a) finds a buyer ready and willing to purchase the Property, or to lease the Property with an option to purchase the Property, for the price and terms set forth in the attached RMLS™ Listing Data Input Form or such other price and terms as SELLER may accept; ~~(b) places SELLER in contact with a person to whom SELLER sells the Property or leases the Property with an option to purchase during the term of this Agreement or within ONE-HUNDRED-20 (120) days after termination of this Agreement; or (c) is the procuring cause of an agreement to sell the Property or lease the Property with an option to purchase. Section 3 (b) and (c) above shall not apply if, following the termination of this Agreement, SELLER lists the Property for sale with another duly licensed real estate broker and if the application of such section(s) would result in SELLER'S liability for more than one brokerage fee. The term "sale" shall include any exchange, trade, or lease option to which SELLER consents. In the event of an exchange, trade, or lease option, PRINCIPAL BROKER is permitted to represent and receive compensation from both parties. SELLER hereby agrees to pay PRINCIPAL BROKER the compensation set forth in the following sentence in consideration of PRINCIPAL BROKER's agreement to permit SELLER to terminate this Agreement before its expiration. If SELLER terminates this Agreement before its expiration or any extension hereof, and if no additional compensation is owed as provided in Section 3 (a) (b) or (c) above, SELLER shall pay the following percentage of the commission that would be due from a sale of the Property at the listing price: (i) if terminated within FOURTY-FIVE (45) days after the date of this Agreement (forty-five [45] if left blank), 25 percent (25% if left blank); or (ii) if terminated more than FOURTY-FIVE (45) days after the date of this Agreement (forty-five [45] if left blank), 50 percent (50% if left blank). SELLER shall pay the compensation set forth in the preceding sentence to PRINCIPAL BROKER contemporaneously with SELLER's termination of this Agreement, but such payment shall not relieve SELLER from the obligation to pay the balance of the compensation provided for in Section 3 (a), (b) or (c) above should any event described in such subsections occur.~~

4. **Services; Authority.** PRINCIPAL BROKER will market the Property, and in connection therewith, SELLER hereby authorizes PRINCIPAL BROKER to do the following: (a) place a "for sale" sign on the Property and to remove all other similar signs; (b) turn on, or leave on, all utilities serving the Property and authorize utility providers to do so in order to show the Property, all at SELLER'S expense; (c) obtain and disclose any information pertaining to any present encumbrance on the Property; (d) if authorized pursuant to Section 12 below, obtain a key to the Property and place such key in a lock box on the exterior of the Property, with recognition that SELLER bears any risk of loss or damage associated with the use of such lock box (SELLER should consult SELLER'S homeowner's insurance policy to determine coverage); (e) have access to Property for purposes of showing it to prospective buyers at any reasonable hour; (f) place information regarding this listing and the Property in the RMLS™ Multiple Listing Service; (g) accept deposits on SELLER'S behalf. PRINCIPAL BROKER is authorized to cooperate with other brokers and to divide with such other brokers any commissions or compensation payable under the Agreement; and (h) communicate with SELLER by telephone, facsimile and/or e-mail even after the term of this Listing. Seller hereby authorizes RMLS™ to use, relicense, repurpose, display and otherwise deal with photos and data regarding the Property, without compensation to the SELLER. Such authority shall survive expiration or termination of this Agreement.

5. **Agency.** Seller has received and read a copy of the Initial Agency Disclosure Pamphlet.

6. **SELLER'S Representation and Warranties.** SELLER hereby represents and warrants to PRINCIPAL BROKER: (a) that the undersigned SELLER has full authority to enter into this Agreement and to convey the Property to a buyer; (b) that SELLER has completed the Disclosure Statement referred to in Section 11, if any, accurately based upon SELLER'S personal knowledge and information, and PRINCIPAL BROKER has not made any statement, representation, warranty, investigation, test or other inquiry into the accuracy or adequacy of SELLER'S disclosures; (c) the information on the attached Listing Data Input Form is correct and complete; (d) as of the date(s) of the sale of the Property and transfer of possession, all aspects of the Property will be in substantially their present condition and free of material defects; and (e) before closing of any transaction, SELLER will install an approved smoke detector in the building(s) located on the Property, as required by law.

7. ~~**Indemnity.** SELLER shall defend, indemnify and hold harmless PRINCIPAL BROKER, its licensees and any cooperating broker and its licensees from any liability, claims, damages, causes of action or suits arising out of, or relating to any breach of the representations and warranties set forth herein or in any agreement for the sale of the Property, and from the failure to disclose any material information to PRINCIPAL BROKER relating to the Property.~~

8. **Attorney's Fees.** If PRINCIPAL BROKER or any cooperating broker refers this Agreement to an attorney for collection of the compensation due hereunder, SELLER shall pay the costs and reasonable attorney's fees of PRINCIPAL BROKER or any cooperating

©RMLS™ 2008. ALL RIGHTS RESERVED.

 Seller(s) Initials

RMLS™ OREGON LISTING CONTRACT FORM (continued)

Page 2 of 2
RMLS 12/2008

PROPERTY ADDRESS: 2885 SHERMAN AVE   CITY, STATE: Hood River OR

broker regardless of whether mediation is conducted or arbitration or litigation is filed. If mediation is conducted or if arbitration or litigation is filed in connection with any dispute relating to this Agreement, the prevailing party shall be entitled to its attorney's fees and costs in connection with such mediation, arbitration or litigation and in any appeal therefrom and enforcement thereof.

**9. Compliance with Law.** SELLER shall comply with all laws relating to the Property and the sale thereof, including without limitation, the obligation to offer the Property for sale to any person without regard to age, race, color, religion, sex, handicap, marital status, familial status, or national origin.

**10. Dispute Resolution.** SELLER and PRINCIPAL BROKER, including the licensees of each, if any, agree that all claims, controversies or disputes, including those for recission (hereinafter collectively referred to as "Claims"), relating directly or indirectly to this Agreement, shall be resolved in accordance with the procedures set forth herein which shall expressly survive closing. Provided, however, the following matters shall not constitute Claims: (a) any proceeding to collect, interpret or enforce any mortgage, trust deed, land sale contract, or recorded construction lien; (b) a forcible entry and detainer action; (c) any dispute between REALTORS® which is subject to the Professional Standards Arbitration provisions of the National Association of REALTORS®. The filing of a notice of pending action ("lis pendens") or the application to any court for the issuance of any provisional process or similar remedy described in the Oregon or Federal Rules of Civil Procedure shall not constitute a waiver of the right or duty to use the procedures specified below.

Notwithstanding the following provisions, SELLER, PRINCIPAL BROKER and the licensees, if any, mutually agree that all Claims within the jurisdiction of the Small Claims Court shall be brought and decided there, in lieu of mediation, arbitration or litigation in any other court of law.

If SELLER was represented in this transaction by a licensee who was then a member of the National Association of REALTORS®, all claims shall be submitted to mediation in accordance with the procedures of the Home Seller/Home Buyer Dispute Resolution System of the National Association of REALTORS® or other organization-adopted mediation program (collectively the "System"). Provided, however, if the System is not then available through the licensees' Association of REALTORS®, then the SELLER, PRINCIPAL BROKER and/or licensees shall not be required to engage in mediation.

All claims that have not been resolved by mediation, or otherwise, shall be submitted to final and binding private arbitration in accordance with Oregon Laws. Filing for arbitration shall be treated the same as filing in court for purposes of meeting any applicable statutes of limitation or for purposes of filing a lis pendens. SELLER, PRINCIPAL BROKER and/or their licensees may use any professional arbitration company which provides such service to the county where the Property is located, as selected by the party first filing for arbitration. Provided, however, if no arbitration company has available services when the Claim arose, neither SELLER, PRINCIPAL BROKER, nor their respective licensees, if any, shall be required to participate in arbitration.

BY CONSENTING TO THIS PROVISION YOU ARE AGREEING THAT DISPUTES ARISING UNDER THIS AGREEMENT SHALL BE HEARD AND DECIDED BY ONE OR MORE NEUTRAL ARBITRATORS AND YOU ARE GIVING UP THE RIGHT TO HAVE THE MATTER TRIED BY A JUDGE OR JURY. THE RIGHT TO APPEAL AN ARBITRATION DECISION IS LIMITED UNDER OREGON LAW.

**11. Disclosure Statement.** Unless exempt, SELLER has completed a Seller's Property Disclosure Statement regarding the Property as provided by Oregon law, and SELLER hereby authorizes BROKER to: (a) deliver a copy of such Disclosure Statement to any prospective Buyer; and (b) rely solely upon SELLER'S representations set forth in this Agreement and in the Disclosure Statement without further inquiry or diligence on BROKER'S part.

**12. Lock Box.** SELLER [X] does [ ] does not (check one) authorize PRINCIPAL BROKER to place a lock box on the Property.

**13. Internet.** SELLER [X] does [ ] does not (check one) authorize PRINCIPAL BROKER to advertise the property on the Internet.

**14. Modification.** No provision of this Agreement, including, without limitation, the amount of the brokerage fee set forth in section 15, may be modified except in writing signed by SELLER and by PRINCIPAL BROKER.

**15. Brokerage Fee.** SELLER shall pay a brokerage fee as set forth in Section 3 above in an amount equal to 6 % of the selling price or option exercise price of the Property or $_____. SELLER hereby irrevocably assigns to PRINCIPAL BROKER the proceeds of such transaction to the extent of PRINCIPAL BROKER'S fee and irrevocably instructs the escrow agent, if any, to pay PRINCIPAL BROKER'S fee at closing out of such proceeds. List Price $250,050. In the event of forfeiture of earnest money for any transaction relating to this listing service agreement, the earnest money shall be disbursed as follows: SELLER_____% PRINCIPAL BROKER_____% OR [ ] (check if applicable) to PRINCIPAL BROKER to the extent of the brokerage fee, with balance to SELLER.

Date of BROKER'S signature  5/27/11   Date of SELLER'S signature  5/25/11

BROKER Signature  D McCrady   SELLER  W H   TRUSTEE

FIRM NAME  Gorge Property Real Estate   SELLER _____

Date of PRINCIPAL BROKER'S signature  5/27/11   (If legal representative or attorney-in-fact state capacity and name of real party in interest)

PRINCIPAL BROKER Signature  D McCrady   ADDRESS _____

Phone  541-490-0079   541-387-6700   Phone (w) _____ (h) _____

©RMLS™ 2008. ALL RIGHTS RESERVED.

# RMLS RESIDENTIAL DATA INPUT FORM

Page 1 of 3

Regional Multiple Listing Service

Border Indicates Required Field

Note: Use Farms and Ranches Input Form for properties greater than five acres with farm/ranch, recreation or forest uses. Number in ( ) indicates how many selections to choose or circle. Bracketed number indicates how many characters will fit on a line. For Auction Listings check Auction; For Range Price Listings check Range$ and use the Min and List/Max Price field boxes.

MLS# 11371830  SYSTEM ASSIGNED

## Listing Information

Property Tax ID#: 12785    Area: 362
[ ] Auction  [X] List Price  [ ] Range Price
Min Price: ___    List/Max Price: ___

Address: 2885    SHERMAN    AVE    Unit ___

Condo Unit Location (1) Required if Property Type = Condo: [ ] GROUND [ ] LOWER [ ] UPPER [ ] MAIN [ ] TOWNHSE    Upper Condo Level ___

City: Hood River    Zip Code: 97031    +4 ___

Property Type (1): [X] ATTACHD [ ] CONDO [ ] DETACHD [ ] FLTHOME [ ] INPARK [ ] PARTOWN [ ] PUD [ ] RES-MFG

Neighborhood/Building: ___

Legal: 3N-10E-35BB-7400    Zoning (Req'd if Lot Size = 1 Acre+): UR2    County (1): Hood River

Map Coord: 0 X 0    List Type (1): [X] ER [ ] EA    Limited Representation: [ ] YES [X] NO    Offers/Nego Instructions (1): [X] CALL-LA [ ] LA-ONLY [ ] SEEDOCS [ ] SELLER

Elementary School: WESTSIDE    Middle School: HOOD RIVER    High School: HOOD RIVER VALL

## General Information

Lot Size (1): [ ] 0-2,999SF [X] 3K-4,999SF [ ] 5K-6,999SF [ ] 7K-9,999SF [ ] 10K-14,999SF [ ] 15K-19,999SF [ ] 20K-.99AC [ ] 1-2.99AC [ ] 3-4.99AC [ ] 5-6.99AC [ ] 7-9.99AC [ ] 10-19.99AC [ ] 20-49.99AC [ ] 50-99.99AC [ ] 100-199.99AC [ ] 200AC+

# Acres Required If Lot Size=1 Acre+: 0.08    Lot Dimensions: ___

Seller Disclosure (1): [ ] DSCLOSUR [X] EXEMPT    Other Disclosures: ___

Waterfront (1): [ ] BAY [ ] CREEK [ ] LAKE [ ] OCEAN [ ] RIVER [ ] OTHER    Body of Water Name: ___

Lot Description (4): [ ] AIRSTRP [ ] BCH<1/4 [ ] BLUFF [ ] BUSLINE [ ] CLAIM [ ] COMMONS [ ] CORNER [ ] CULDSAC [ ] FLOODZN [ ] GATED [X] GENSLP [ ] GOLFCSE [ ] GRNBELT [ ] HILLY [ ] LEVEL [ ] LSD-LND [ ] LT-RAIL [ ] MRCHTIM [ ] POND [ ] PRIVATE [ ] RPROTIM [ ] SECLDED [ ] SHP<1/4 [ ] SLOPED [ ] STRTCAR [ ] TREES [ ] WOODED

View (2): [ ] BAY [ ] CITY [ ] CREEK [ ] DUNES [ ] GOLFCSE [ ] LAKE [X] MNTAIN [ ] OCEAN [ ] PARK [ ] POND [ ] RIVER [ ] SEASONL [X] TERRITR [ ] TREES [ ] VALLEY

## Residence

### Square Footage (Excluding Attached Garage)

Upper (Approx): 950    Main (Approx): 950    Lower (Approx): 200    Total (Approx) Syst Calc'd: 2100    Source of Info. for SQFT: TBV

NOTE: Total Square Footage is as reported by the Listing Broker. For source of information and description of square footage, contact the Listing Broker. Square footage includes finished and unfinished areas (excluding attached garage) and is not intended to represent "legal" or "liveable" square footage.

Year Built: 2005    Desc (1): [ ] APPROX [ ] FIXER [ ] NEW [ ] PROPOSED [ ] REGHST [ ] REMOD [ ] RESTORD [ ] UNDRCON [ ] UNKNOWN    #BDRMS: 3    #Levels: 3

Green Certification (1): [ ] CERTRET [ ] EARSTAR [ ] EARTHAD [ ] ENSTAR [ ] LEED-HC [ ] LEED-HG [ ] LEED-HP [ ] LEED-HS [ ] LEEDNCC [ ] LEEDNCG [ ] LEEDNCS [ ] LEEDND [ ] PGVHAUB    Year of Green Certification: ___ (Required if Green Cert. is selected)

Roof (1): [ ] BUILTUP [ ] COMP [ ] FBRGLS [X] FLAT [ ] GRAVEL [ ] METAL [ ] RUBBER [ ] SHAKE [ ] SHNGLE [ ] SLATE [ ] TILE [ ] OTHER

# Garage: 1    Garage Desc (1): [X] ATTACHD [ ] CARPORT [ ] CONVRTD [ ] DETACHD [ ] EXTDEEP [ ] OVRSIZE [ ] PTCHVT [ ] SHARED [ ] TANDEM    Parking (1): [ ] CARPORT [ ] DEEDED [X] DRIVEWAY [ ] OFF-STR [ ] PAD [ ] RVPARK [ ] STREET [ ] NONE [ ] OTHER

# Fireplaces: 0    Fireplace Description (2): [ ] GAS [ ] INSERT [ ] PELLSTV [ ] PROPANE [ ] STOVE [ ] WOOD    Home Warranty: [ ] YES [X] NO

Senior 55+ (Qualifies for Fair Housing Law Exemption/Affidavit Required): [ ] YES [X] NO

Style (2) (1 Req'd + 1): [ ] 1STORY [ ] 2STORY [ ] A-FRAME [ ] BUNGALO [ ] CABIN [ ] CAPECOD [ ] CHALET [ ] COLONL [ ] COLNWAL [ ] CONT-FR [X] CONTEMP [ ] COTTAGE [ ] CRAFTSM [ ] CUSTOM [ ] DAYRNCH [ ] DBLWDE [ ] DETONDO [ ] DOME [ ] DTCHCOL [ ] ENGLISH [ ] FARMHSE [ ] GEORGN [ ] LIVWRK [ ] LOFT [ ] LOG [ ] MANUF-B [ ] MEDIT [ ] MODULAR [ ] OLD-PDX [ ] PREFAB [ ] RANCH [ ] ROW [ ] SALTBOX [ ] SDWDE [ ] SPLIT [ ] TANDEM [X] TOWNHSE [ ] TRAD [ ] TRI [ ] TRIWDE [ ] TUDOR [ ] VICT [ ] OTHER

Exterior Description (2) (1 Req'd + 1): [ ] ALUM [ ] ASBESTS [ ] BLOCK [ ] BRDBTN [ ] BRICK [ ] CEDAR [ ] CULSTNE [ ] EIFS [X] FBRCEM [ ] HCSTUCC [ ] LAP [ ] LOG [ ] MANMADE [ ] METAL [ ] OSB [ ] PANEL [ ] PLYWOOD [ ] SHAKE [ ] SHINGLE [ ] STONE [ ] STUCCO [ ] T-111 [ ] TNG/GRV [ ] VINYL [ ] WOOD [ ] WOODCOM [ ] OTHER

Basement / Foundation (3): [ ] BLOCK [X] CONCRET [ ] CRAWLSP [ ] DAYLITE [ ] DIRT [ ] FINSHD [ ] FULLBAS [ ] NO-BAS [ ] NO-FND [ ] OS-ENTR [ ] PARTBAS [ ] PARTFIN [ ] PERIMTR [ ] PIRSPST [ ] SEPLVQT [ ] SKIRTING [ ] SLAB [ ] UNFIN [ ] OTHER

RMLS™ 04.10    ©RMLS™ 2010. ALL RIGHTS RESERVED.    Seller(s) Initials

**RMLS** — Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 2 of 3

ML# 11371830   ADDRESS   2885 SHERMAN AVE Hood River, OR 97031

## Remarks

**XStr/Dir:** May Street, North on 30th, R on Sherman

**Private** (Max 250 chars)

**Public** (Max 380 chars): Contemporary open floorplan including granite tile, pergo floors and modern fixtures. Gather your friends & family around the kitchen island or take in the view from the two balconies or the patio.

Public remarks are intended for public viewing. Confidential information should be excluded.
No personal promotion or broker/owner contact information allowed in this section.

Authorization to Post on Public Internet Sites:    Listing [X] YES [ ] NO      Property Address (where permitted) [X] YES [ ] NO
Disable Specific VOW and IDX Functionality:    Disable 3rd Party Comments: [ ] YES [X] NO      Disable AVM: [ ] YES [X] NO
Virtual Tour URL, if provided, is not displayed on printed form due to space limitations.      No personal promotion or broker/owner contact information
Video Tour URL, if provided, is not displayed on printed form due to space limitations.      allowed in the virtual or video tour(s).

## Approximate Room Sizes and Descriptions

**BATHS (FULL)(PART)**
- Upper: 2
- Main: 0 / 1
- Lower: 0
- Total: 2 / 1

| Room | Level (1) | Size | Feature Each Room (2) |
|---|---|---|---|
| Living | M | x | |
| Kitchen | M | x | |
| Dining | M | x | |
| Family | L | x | |
| Master BDRM | U | x | |
| 2nd BDRM | U | x | |
| 3rd BDRM | U | x | |
| Additional Room #1 — STORAGE | L | x | |
| Additional Room #2 | | x | |
| Additional Room #3 | | x | |

Round all measurements down to the nearest foot.

Feature codes: 3RDFLR 4THFLR AIRCLEN APP-GAR BALCONY BAMB-FL BATH BAYWIND BEAMS BI-DOWN BI-GRILL BI-HTUB BI-MICO BI-OVEN BI-RANG BI-REFR BI-VACM BLT-INS BOOKSVS BTL-PAN CEILFAN CLO-ORG CLOSET COMPCTR CONVECT COOK-IS CORK-FL COUN-CT COVED D-DRAFT DAYLITE DBL-CLO DECK DISHWAS DISPOSL DMBWAIT DRES-RM EAT-BAR EATAREA EGTARAP FIREPL FNCH-DR FORMAL FPL-INS FRNKT FS-RANG FS-REFR GALLEY GASAPPL GDN-WIN GOURMET GRANITE GREAT-R HARDWOD HEATILA HI-CEIL HI-SPEED HOME-TH HUMIDFR INST-HW INTRCOM ISLAND JET-TUB KIT&DR KITCHEN L-SHAPE LAM-FL LOFT LR&DR MARBLE NOOK PANTRY PAS-SOL PATIO PUB-ICE POOL REC-MTR REMOD SAUNA SEWING SH-BATH SINK SKYLITE SLATEFL SLIDER SOAKTUB SOLTUBE SOUNSYS STMDOOR STMWND STORAGE SUITE SUNKEN TILE-FL VAULTED VYWDBL WAINSCO WASHDRY WAT-PUR WATSOFT WDW-DBL WET-BAR WHRLPL WI-CLOS WOODFLR WOODSTV WTRFEAT WW-CARP

Syst Cnt'd: 4TH-BD 5TH-BD 6TH-BD ATRIUM BONUS DARK-RM DEN/OFF EATAREA ENTRY FAMILY GREAT-R GSTQTR HOTUB-R LOFT MEDIA MSTBATH MUD-RM NOOK SAUNA SHOP STORAGE SUNPRCH SUNROOM UTILITY WINECEL

## Features

**Kitchen (9):** [ ] APP-GAR [ ] BI-DOWN [ ] BI-GRILL [ ] BI-MICO [ ] BI-OVEN [ ] BI-RANG [ ] BI-REFR [ ] BTL-PAN [ ] CLOSET [ ] COMPCTR [ ] CONVECT [ ] COOK-IS [ ] COOKTOP [ ] D-DRAFT [ ] DISHWAS [ ] DISPOSL [ ] EGTARAP [ ] FS-RANG [ ] FS-REFR [ ] GASAPPL [ ] GRANITE [ ] INST-HW [ ] ISLAND [ ] MARBLE [ ] PANTRY [ ] PUB-ICE [ ] TILE [ ] WAT-PUR [ ] WINECLR

**Interior (6):** [ ] 3RDFLR [ ] 4THFLR [ ] AIRCLEN [ ] BAMB-FL [ ] BI-VACM [ ] BI-RDY [ ] CEILFAN [ ] CORK-FL [ ] DMBWAIT [ ] FURNSHD [ ] GAR-OPN [ ] GRANITE [ ] HARDWOD [ ] HEATILA [ ] HI-SPEED [ ] HOME-TH [ ] HUMIDFR [ ] INTRCOM [ ] JET-TUB [ ] LAM-FL [ ] LAUNDRY [ ] LSSECUR [ ] MARBLE [ ] OWSECUR [ ] PAS-SOL [ ] REC-MTR [ ] SEP-LVQT [ ] SLATEFL [ ] SOAKTUB [ ] SOLTUBE [ ] SOUNSYS [ ] TILE-FL [ ] WAINSCO [ ] WASHDRY [ ] WAT-FLT [ ] WATSOFT [ ] WOODFLR [ ] WW-CARP

**Exterior (9):** [ ] 2ND-GAR [ ] 2ND-RES [ ] ADU [ ] ARENA [ ] ATHL-CT [ ] BARN [ ] BBQ-PIT [ ] BI-HTUB [ ] BOAT-HS [ ] CORRAL [ ] COV-PATI [ ] DECK [ ] DIRT-RD [ ] DOG-RUN [ ] FENCED [ ] FS-HTUB [ ] GARDEN [ ] GAS-HUP [ ] GAZEBO [ ] GRAV-RD [ ] GRNHSE [ ] GSTQTR [ ] OUT-FPL [ ] OUTBULD [ ] PATIO [ ] PAVED-RD [ ] POOL [ ] PORCH [ ] PRIV-RD [ ] PUBL-CFD [ ] RAIN-COL [ ] RDSPLIT [ ] RV-GAR [ ] RV-HKUP [ ] SAT-DISH [ ] SAUNA [ ] SECLIT [ ] SHOP [ ] SPRNKLR [ ] STMDOOR [ ] STMWND [ ] TENNIS [ ] TL-SHED [ ] VYW-DBL [ ] VYW-TRP [ ] WDW-DBL [ ] WDW-TRP [ ] WTRFEAT [ ] X-FENCE [ ] YARD

**Accessibility (9):** [ ] 1LEVEL [ ] BATHCAB [ ] BATHSIZ [ ] BINLITE [ ] CAREQTR [ ] ELEVATR [ ] GRGMAIN [ ] GRNDLVL [ ] KITCAB [ ] LANDING [ ] MINSTEP [ ] NATLITE [ ] PARKING [ ] PASTACC [ ] PATHWAY [ ] RAMP [ ] ROLLSH-R [ ] STAIRS [ ] WALKSHR [ ] WD-DOOR [ ] WD-HALL

**Energy Efficiency (6):** [ ] ESAC [ ] ESAPL1 [ ] ESAPL2 [ ] ESAPL3 [ ] ESAPL4 [ ] ESAPL5+ [ ] FOR-90 [ ] GEOTHRM [ ] GRNCRTX [ ] HT-PUMP [ ] HTEXNGR [ ] INSU-CL [ ] MNSPLIT [ ] PAS-SOL [ ] PRTCNS [ ] PRTWNS [ ] SOL-ATV [ ] SOL-HW [ ] SOL-OFF [ ] SOL-RAD [ ] SOL-UP [ ] SOLAR [ ] TNK-LESS [ ] VYW-DBL [ ] VYW-TRP [ ] WDW-DBL [ ] WDW-TRP [ ] WUNSU+ [ ] ZONAL

RMLS™ 04.10        ©RMLS™ 2010. ALL RIGHTS RESERVED.         Seller(s) Initials

**RMLS** — Regional Multiple Listing Service

# RESIDENTIAL DATA INPUT FORM

Page 3 of 3

ML# 11371830 (SYSTEM ASSIGNED)    ADDRESS: 2895 SHERMAN AVE Hood River, OR 97031

## Utilities

**Cool (1):** ☐ ACREADY  ☒ XASTRAN  ☒ CENTAIR  ☐ NONE  ☐ EBAC  ☐ OTHER  ☐ HT-PUMP  ☐ HTEXCGR  ☐ SWAMP  ☐ WALL  ☐ WINDOW

**Hot Water (2):** ☐ ELECT  ☒ GAS  ☐ PROPANE  ☐ RECIRC  ☐ SOL-HW  ☐ TANK  ☐ TNKLESS  ☐ OTHER

**Heat (2) (1 Reqd + 1):** ☐ ACT-SOL  ☐ BASEBRD  ☐ CEILING  ☐ FLOOR  ☐ FOR-90  ☒ FOR-AIR  ☐ GRAVITY  ☐ HOT-WAT  ☐ HT-PUMP  ☐ HTEXCGR  ☐ LEASED  ☐ MINSPT  ☐ PAS-SOL  ☐ RADIANT  ☐ WALL  ☐ WOODSTV  ☐ ZONAL  ☐ NONE  ☐ OTHER

**Fuel (2) (1 Reqd + 1):** ☐ ELECT  ☒ GAS  ☐ GEOTHRM  ☐ OIL  ☐ PROPANE  ☐ SOL-OFF  ☐ SOL-SUP  ☐ SOLAR  ☐ WOOD  ☐ NONE  ☐ OTHER

**Water (2) (1 Reqd + 1):** ☐ CISTERN  ☐ COMMUNY  ☐ PRIVATE  ☒ PUBLIC  ☐ SH-WELL  ☐ SPRING  ☐ WELL  ☐ OTHER

**Sewer (2) (1 Reqd + 1):** ☐ CESSPOL  ☐ COMMUNY  ☐ PDS  ☐ PUB-AVL  ☒ PUBLIC  ☐ SANDFLT  ☐ SEPTIC  ☐ SH-SEP  ☐ STD-SEP  ☐ OTHER

## Financial

Prop Tax Per Year: 2464.81    Spcl Asmt Balance $ ___    Tax Deferral ☐ YES ☒ NO    BAC 2.7    Type (1) ☒ %  ☐ $

Short Sale ☐ YES ☒ NO    3rd Party to Transaction ☐ YES ☐ NO    Bank Owned ☐ YES ☐ NO    Short Sale Offer Seller Accepted, Submitted for Approval ☐ YES ☐ NO
SALE REQUIRES APPROVAL OF 3RD PARTY Due to Pending Foreclosure, Reto, Bank Trustee, etc.

HOA Dues $ 0    HOA Frequency (1) ☐ 1-TIME ☐ MO ☐ 6MO ☐ YR ☐ QTR    Other Dues $ ___    Other Frequency (1) ☐ 1-TIME ☐ MO ☐ 6MO ☐ YR ☐ QTR
Total Comm. Differs if Sold In-House ☐ YES ☒ NO

Escrow Preference ___    Rent, If Rented $ ___

**Terms (4) (1 Reqd + 3):** ☐ ASSMP  ☐ CALL-LA  ☒ CASH  ☒ CONV  ☐ FHA  ☐ RHA  ☐ LEAS-OP  ☐ OWC2ND  ☐ OWNCONT  ☐ SOI  ☐ TRADE  ☐ USDA  ☐ VA  ☐ OTHER

**HOA/Space Rent/Slip Rent Includes (9):** ☐ ATHL-CT  ☐ CABLETV  ☐ CENTAIR  ☐ CNCIERG  ☐ COMMONS  ☐ ELECT  ☐ EXTMANT  ☐ GARBAGE  ☐ GAS  ☐ GATED  ☐ GYM  ☐ HEAT  ☐ HOT-TUB  ☐ HOT-WAT  ☐ INS  ☐ LAP-FL  ☐ LAUNDRY  ☐ LIBRARY  ☐ LKESMNT  ☐ MGMT  ☐ MTGROOM  ☐ POOL  ☐ PTYROOM  ☐ REC-FAC  ☐ ROT-SL  ☐ SAT-TV  ☐ SAUNA  ☐ SEWER  ☐ SLIP  ☐ SNO-REM  ☐ TAN-BDS  ☐ TAXES  ☐ TENNIS  ☐ UTILTES  ☐ WATER  ☐ WF-RM

## Broker/Agent Information

Broker Code: 7GPR01    Listing Office: Gorge Property Real Estate    Phone: 800-387-6703    Fax: 541-387-8696

LPID: OMCCRAVE    Listing Agent: Denise McCravey    Phone: 541-387-6700    Agent Cell/Pgr: 541-490-6321

Agent E-mail: denise@gorgeproperty.com    Agent Extension: ___

Co-List LPID: ___    Co-List Broker Code: ___    Co-List Agent: ___    Co-List AG Phone: ___

List Date: ___    Expiration Date: 11/30/2011    Occupied By (1): ☐ OWNER ☐ PROPOSD ☐ TENANT ☐ UNDRCON ☐ VACANT

**Possession (1):** ☐ >90DAYS  ☐ 30-60DA  ☐ 60-90DA  ☒ CLOSING  ☐ IMMED  ☐ NEGO  ☐ RCD+1  ☐ SLB/TEN

Lock Box Hours/Location/Combo: lockbox    Owner: ___    Owner Phone: ___

Showing Hours: ___    Tenant/Other: ___    Tenant Phone: ___

**Show (3) (1 Reqd + 2):** ☐ 24HR-NC  ☐ AG-ACOM  ☒ APTONLY  ☐ BWO-PET  ☐ CALL-LA  ☒ CALL-LO  ☐ CALL1ST  ☐ CALLOWN  ☐ CALLTEN  ☐ CNCIERG  ☐ COMBOBX  ☐ DAY-SLP  ☐ KEYLO  ☐ OWN-OCC  ☐ PROPOSD  ☒ RMLSLBX  ☐ SEC-SYS  ☐ SEERMKS  ☐ UNDRCON  ☐ VACANT

RMLS™ 04.10    ©RMLS™ 2010. ALL RIGHTS RESERVED.    Seller(s) Initials



## SELLER'S PROPERTY DISCLOSURE STATEMENT

Property Address: 2885 Sherman Avenue, Hood River, OR 97031

### INSTRUCTIONS TO THE SELLER

1  Please complete the following form. Do not leave any spaces blank. Please refer to the line number(s) of the question(s) when you provide your
2  explanation(s). If you are not claiming an exclusion or refusing to provide the form under ORS 105.475 (4), you should date and sign each page of
3  this disclosure statement and each attachment.

4  Each seller of residential property described in ORS 105.465 must deliver this form to each buyer who makes a written offer to purchase. Under
5  ORS 105.475 (4), refusal to provide this form gives the buyer the right to revoke their offer at any time prior to closing the transaction. Use only the
6  section(s) of the form that apply to the transaction for which the form is used. If you are claiming an exclusion under ORS 105.470, fill out only
7  Section 1.

8  An exclusion may be claimed only if the seller qualifies for the exclusion under the law. If not excluded, the seller must disclose the condition of the
9  property or the buyer may revoke their offer to purchase anytime prior to closing the transaction. Questions regarding the legal consequences of
10 the seller's choice should be directed to a qualified attorney.

11 **DO NOT FILL OUT THIS SECTION UNLESS YOU ARE CLAIMING AN EXCLUSION UNDER ORS 105.470**

12 Section 1. EXCLUSION FROM ORS 105.465 TO 105.490:
13 You may claim an exclusion under ORS 105.470 only if you qualify under the statute. If you are not claiming an exclusion, you must fill out
14 Section 2 of this form completely.
15 Initial only the exclusion you wish to claim.
16 _____ This is the first sale of a dwelling never occupied. The dwelling is constructed or installed under building or installation permit(s) #
17 _____ Issued by _____ .
18 _____ This sale is by a financial institution that acquired the property as custodian, agent or trustee, or by foreclosure or deed in lieu of
19        foreclosure.
20 __X__ The seller is a court appointed receiver, personal representative, trustee, conservator or guardian.
21 _____ This sale or transfer is by a governmental agency.

22 Signature(s) of Seller(s) Claiming Exclusion
23 Seller _____[signature]_____ Date 5/25/11 ← Seller _____ Date _____ ←

24 Signature(s) of Buyer(s) Acknowledging Seller's Claim
25 Buyer _____ Date _____ ← Buyer _____ Date _____ ←

26        **IF YOU DID NOT CLAIM AN EXCLUSION IN SECTION 1, YOU MUST FILL OUT THIS SECTION.**
27 Section 2. SELLER'S PROPERTY DISCLOSURE STATEMENT

28 (NOT A WARRANTY) (ORS 105.465)

29 NOTICE TO THE BUYER: THE FOLLOWING REPRESENTATIONS ARE MADE BY THE SELLER(S) CONCERNING THE CONDITION OF THE
30 PROPERTY LOCATED AT 2885 Sherman Avenue, Hood River, OR 97031                              "THE PROPERTY."

31 DISCLOSURES CONTAINED IN THIS FORM ARE PROVIDED BY THE SELLER ON THE BASIS OF SELLER'S ACTUAL KNOWLEDGE OF THE
32 PROPERTY AT THE TIME OF DISCLOSURE. BUYER HAS FIVE BUSINESS DAYS FROM THE SELLER'S DELIVERY OF THIS SELLER'S
33 DISCLOSURE STATEMENT TO REVOKE BUYER'S OFFER BY DELIVERING BUYER'S SEPARATE SIGNED WRITTEN STATEMENT OF
34 REVOCATION TO THE SELLER DISAPPROVING THE SELLER'S DISCLOSURE STATEMENT, UNLESS BUYER WAIVES THIS RIGHT AT OR
35 PRIOR TO ENTERING INTO A SALE AGREEMENT.

36 FOR A MORE COMPREHENSIVE EXAMINATION OF THE SPECIFIC CONDITION OF THIS PROPERTY, BUYER IS ADVISED TO OBTAIN AND
37 PAY FOR THE SERVICES OF A QUALIFIED SPECIALIST TO INSPECT THE PROPERTY ON BUYER'S BEHALF INCLUDING, FOR EXAMPLE,
38 ONE OR MORE OF THE FOLLOWING: ARCHITECTS, ENGINEERS, PLUMBERS, ELECTRICIANS, ROOFERS, ENVIRONMENTAL
39 INSPECTORS, BUILDING INSPECTORS, CERTIFIED HOME INSPECTORS, OR PEST AND DRY ROT INSPECTORS.

40 Seller ☐ is ☒ is not occupying the property.
   SELLER _____[signature]_____ Date 5/25/11 ← SELLER _____ Date _____ ←

LINES WITH THIS SYMBOL ← REQUIRE A SIGNATURE AND DATE
This form has been licensed for use by Denise McCravey solely in accordance with the Terms of Service per Oregon Real Estate Forms, LLC

© Oregon Real Estate Forms, LLC Rev 01/11
No portion may be reproduced without express permission of Oregon Real Estate Forms, LLC

Buyer Initials ____/____ Date _____

OREF 020-1

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com